

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00151-CR

ROBERT LARRY SHELTON, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 432nd District Court
Tarrant County, Texas
Trial Court No. 1366763D, Honorable Ruben Gonzalez, Jr., Presiding

March 29, 2017

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before the Court is the motion of appellant Robert Larry Shelton to dismiss his appeal. Appellant and his attorney both have signed the motion. TEX. R. APP. P. 42.2(a). No decision of the Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.